UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

IN RE:                                    )
                                          )
Christine DeSilva,                        )
                          Debtor,         )   Case No. 13-80128
                                          )   Chapter 7
Christine DeSilva,                        )
                          Plaintiff,      )
                                          )
Capital One, a/k/a Best Buy,              )
                          Defendant.      )

MOTION FOR REDEMPTION

Now comes Christine DeSilva, Debtor(s) by Williams & Assoc., P.C., her attorneys, pursuant to Bankruptcy Code 722 and Bankruptcy Rule 6008, and respectfully represents as follows:

1. Prior to the filing of this proceeding your Debtor owned the following tangible personal property which was used primarily for personal, family, and household use, to-wit: Laptop and Cell phone

2. The hereinabove-described tangible personal property is subject to a valid security interest granted by the Debtor to the hereinafter-named creditor, as security for a consumer debt which is dischargeable under Chapter 7 of the Bankruptcy Code. The name and address of the subject secured creditor is as follows:

Bass & Associates
3936 E. Ft. Lowell Rd., Ste.200
Tucson AZ 85712-1083

3. The hereinabove-described tangible personal property was pledged as collateral to secure an indebtedness to the subject creditor, and has a fair market value of $125.00.

4. The hereinabove-described tangible personal property has been abandoned by the Trustee pursuant to Bankruptcy Code 554.

5. Your Debtor wishes to redeem the hereinabove-described tangible personal property from the lien of the said creditor by payment to the creditor of the amount of its allowed secured claim.

WHEREFORE, your Debtor prays for the entry of an Order determining the amount of the allowed secured claim of Capital One/Best Buy, and, further, requiring

Capital One/Best Buy, secured creditor, upon the receipt of the sum of $125.00, representing its allowed secured claim, to release the subject property from the lien of its security interest, and that the Debtor have such other and further relief as is proper.

Christina DeSilva,
Debtor(s)

BY: _Michael A Williams_
One of their attorneys

WILLIAMS & ASSOC. P.C.
Attorneys at Law
423 17th Street, Ste. 202
Rock Island, IL 61201
Telephone: (309) 788-3799

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christine DeSilva, | ) | |
| Debtor, | ) | Case No. 13-80128 |
| | ) | Chapter 7 |
| Christine DeSilva, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Capital One, a/k/a Best Buy, | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

The undersigned certifies that the Motion for Redemption was served upon the Trustee of said estate(s), U.S. Trustee and all creditors in interest, by depositing a copy thereof in the U.S. Mail, postage prepaid, unless served electronically through the clerk of court:

Jeana K. Reinbold
Chapter 7 Trustee
PO Box 7315
Springfield, IL  62791-7315

U.S. Trustee
Becker Bldg., Rm. 1100
401 Main Street
Peoria, IL  61602

Bass & Associates
3936 E. Ft. Lowell Rd., Ste.200
Tucson AZ 85712-1083

Dated: 3-27-13                    BY Laurie Hendley